(134 So. 914)

**J. E. LAPPAGE et al. v. W. H. McGOWEN, Receiver, etc.**

6 Div. 482.

Supreme Court of Alabama.

April 21, 1931.

PER CURIAM.

Appeal dismissed for want of prosecution, and mandamus denied.

---

(134 So. 914)

**John LEIGEBER v. Frank JOEST.**

8 Div. 236.

Supreme Court of Alabama.

April 23, 1931.

Rehearing Denied May 28, 1931.

Julian Harris and A. J. Harris, both of Decatur, for appellant.

Eyster & Eyster, of Decatur, for appellee.

GARDNER, J.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

---

(137 So. 912)

**G. M. LEWIS v. G. S. JACKSON.**

4 Div. 586.

Supreme Court of Alabama.

Nov. 27, 1931.

T. E. Buntin, of Dothan, for appellant.

Farmer, Merrill & Farmer, of Dothan, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

---

(137 So. 913)

**G. M. LEWIS v. J. C. WADLINGTON.**

4 Div. 569.

Supreme Court of Alabama.

Nov. 27, 1931.

T. E. Buntin, of Dothan, for appellant.

Farmer, Merrill & Farmer, of Dothan, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

---

(137 So. 913)

**Clarence E. LINDSAY v. FIRST NAT. BANK OF BIRMINGHAM, Adm'r, et al.**

6 Div. 658.

Supreme Court of Alabama.

Oct. 8, 1931.

Rehearing Denied Nov. 19, 1931.

Chas. H. Brown, of Birmingham, for appellant.

Harsh & Harsh, of Birmingham, for appellees.

FOSTER, J.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

---

(137 So. 913)

**LOU–ALA. INVESTMENT CO. v. Samuel L. SCHWARZ.**

1 Div. 695.

Supreme Court of Alabama.

Nov. 10, 1931.

See, also, 23 Ala. App. 498, 127 So. 786.

PER CURIAM.

Appeal dismissed by appellant.